463 A.2d 32

Commonwealth v. Moser, Appellant.

Petition for Allowance of Appeal Denied Sept. 30, 1983.

Submitted April 27, 1983. Vincent J. Quinn, for appellant; Joseph C.

Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.